## GRANDSTAFF v. STATE.
### No. 18393.

Court of Criminal Appeals of Texas.

April 1, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for six years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

MORROW, P. J., absent.